**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00847-CV

**WILLIAM BRUCE SHERRILL, D.D.S. AND SHAW & SHERILL, D.D.S., Appellants**

**V.**

**BUFFIE G. WILLIAMS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10538**

## ORDER

We **GRANT** appellee's October 17, 2014 unopposed motion for extension of time to file

brief and **ORDER** the brief be filed no later than November 3, 2014.


/s/      ADA BROWN
          JUSTICE